UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LORI E. DEVENY,<br><br>    Defendant. | 3:19-cr-00183-MO<br><br>PRELIMINARY ORDER OF FORFEITURE AND MONEY JUDGMENT AND FINAL ORDER OF FORFEITURE AS TO DEFENDANT LORI E. DEVENY |

IT IS HEREBY ORDERED:

1. As the result of the guilty plea on Counts 1 through 12 and Count 14 of the Indictment, for which the Government sought forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant shall forfeit to the United States all property representing proceeds of the offense.

2. Defendant is ordered to forfeit proceeds in the form of a money judgment, in the amount of $2,606.957.93 in United States currency, representing a portion of the proceeds of defendant's criminal activity.

**PRELIMINARY ORDER OF FORFEITURE AND MONEY JUDGMENT**
**AND FINAL ORDER OF FORFEITURE**    **PAGE 1**

3. Upon the entry of this Order, the United States is authorized to conduct discovery to identify, locate, or determine disposition of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

4. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

5. Pursuant to Rule 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be a part of the sentence and shall be included in the judgment.

6. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. When property is located, it is to be held by the United States in its secure custody pending resolution of all third-party interests as provided in 21 U.S.C. § 853(n).

IT IS SO ORDERED this __28__ day of June 2022.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

Respectfully Submitted,

SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney

*/s/Claire M. Fay*

CLAIRE M. FAY
Assistant United States Attorney