

New iMessage                    Cancel

To: Lori Deveny

Ya we got a note on our door that
we have to pay 1700$ by the 3rd...
we can only pay 1200$ with every
penny we have.

Got it.

Are we going to be alright??

Thu, Oct 25, 1:21 PM

Were you able to check on that?

Left a message. Waiting for a call.

OK so that paperwork I signed for
the check isn't in yet? How long will
this take? Should we be okay by the
3rd?

Thu, Oct 25, 2:55 PM

Yes. We will make sure you are fine.

Thu, Oct 25, 5:43 PM



**New iMessage**          Cancel

To: **Lori Deveny**

Thank you

Mon, Oct 29, 3:56 PM

Hey there

What's the word? ☺

Tue, Oct 30, 10:09 AM

Hey Lori I need to know when the money is coming. We are facing evection and this is real. What is going on with the check?

The word is I should know tomorrow afternoon. As soon as I do, you'll know.

Okay... so I should expect a call from u tomorrow afternoon?

Yes. Are you working? Would you rather I text?

**New iMessage**                    Cancel

To: Lori Deveny

Yes. Are you working? Would you rather I text?

Gas texting works better. I am working. We owe $350 to our electricity that is about to get shut off, on top of almost $400 that we owe to the apartment complex of late fee charges, on top of a rent which is $1295. We have no way of coming up with this kind of money in the next few days

Ok. I'll text you.

OK please let me know soon as possible this is a dire situation right now

I will.

Tue, Oct 30, 5:56 PM

Okay so the word was that u would know this afternoon? So what's the verdict?



New iMessage                      Cancel

To: Lori Deveny

I said tomorrow afternoon.

Ok I'll talk to you then

Perfect.

Wed, Oct 31, 2:48 PM

There is a check for you on my
office door.

Wed, Oct 31, 9:05 PM

I'm coming to get it first thing
tomorrow morning

Thu, Nov 1, 12:37 PM

So what is this like another check I
need to pay interest on?? Because I
didn't want that... you said you
would know yesterday afternoon
what was going on, so I drove to
Portland assuming my full check
was there... I have to pay 1700$ in



New iMessage          Cancel

To: Lori Deveny

Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me
Stop ignoring me

**New iMessage**              Cancel

To: Lori Deveny

Tue, Nov 13, 5:02 AM

I have been out and unavailable due to a sudden death in my family. I will know more once I get through my mail, emails and calls. That may take a day or so. I will let you know as soon as I am able. I'm sorry I worries you!

Worried

Tue, Nov 13, 8:48 AM

The last I heard from you was on oct 31st. I never got my he rundown about that grand I got. Like was that another peach tree loan? Communication has been terrible the whole time we have been involved with each other and I has caused a bunch of super unnecessary stress. All I have ever wanted is good communication, to know what is goin on.

Tue, Nov 13, 2:30 PM