**From:**
**To:**
**Subject:** Fwd: Update
**Date:** Thursday, April 19, 2018 5:03:33 PM

Finally, something....

---------- Forwarded message ---------
From: Lori Deveny
Date: Thu, Apr 19, 2018, 4:21 PM
Subject: Re: Update
To:

I understand your frustration!
What I was able to find out from the assistant to the person that I am dealing with is they are in the process of drafting the lien letter. She is unable to tell me numbers, but at least we do know that is in process. That is a huge step forward.
Lori

---

To: Lori E. Deveny
Sent: Thursday, April 19, 2018 3:54 PM
Subject: Re: Update

Lori, it has been a month now since their meeting & still no word. I'm sorry I know you're all about the gentle nagging but to say this is ridiculous is the understatement of the year. We simply cannot continue this line of a weeks of no communication. We have the right to know what is going on.

On Wed, Apr 11, 2018 at 3:44 PM, Lori E. Deveny wrote:
> Still waiting to hear. Will call again in the morning. Gentle nagging.
> Lori
>
> Sent from my iPhone
>
> On Apr 11, 2018, at 2:20 PM, wrote:
>
>> Hello Lori,
>> Any word from Medicare? This is getting ridiculous again.
>>
>> On Thu, Apr 5, 2018 at 3:54 PM, wrote:
>>> Thank you for the update. Hopefully this is good news & we will know

something soon.

On Wed, Apr 4, 2018 at 5:22 PM, Lori Deveny  wrote:
> FYI. I called again this morning. Will let you know as soon as I hear. I am hoping the delay means they made a decision, but time will tell.
> Lori

From:
To: Lori E. Deveny <ledeveny@att.net>
Cc:
Sent: Wednesday, March 28, 2018 6:50 PM
Subject: Re: Update

Thank you for the update & I am so sorry to hear about your husband. Please accept my condolences.

On Wed, Mar 28, 2018 at 3:22 PM, Lori E. Deveny  wrote:
> I called and am waiting for a call back.
> My husband passed away unexpectedly so I missed one call but there was no update at that time (it was early during the week of the 19th) to confirm we were on the agenda.
> I've given her my phone number so she can reach me easily.
> Lori
>
> Sent from my iPhone
>
> > On Mar 26, 2018, at 2:33 PM, _____ wrote:
> >
> > Hello Lori,
> > Well the week of the 19th has come & gone & hopefully they had they meeting with us on their agenda. Have you heard any news?
> > Eagerly awaiting,