**KAISER PERMANENTE**®

Kaiser Foundation Health Plan of the Northwest

October 5, 2015

Lori Deveny
Attorney at Law
████████████████████
████████████

RE:    Your client: ████████████████

Dear Ms. Deveny:

Per our agreement, I am enclosing Kaiser Foundation Health Plan of the Northwest check no. 8401128 in the amount of $100,000.00, which is being picked up by your courier at ██████████████████████████████████.

This payment is considered full and complete settlement of your client's claim.

Thank you for your professionalism in concluding this matter.

Very truly yours,

████████████████████████████████

Claims Management Coordinator
Professional & Public Liability
Kaiser Permanente, Northwest Region
Bentson.AttyChkLtr

Kaiser Permanente Building
500 NE Multnomah Street, Suite 100
Portland, OR 97232-2099

0003-6509 12-00

Check Date: Oct/02/2015          Vendor Number:100088663          ███████

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Taken | Paid Amount |
|---|---|---|---|---|---|
| RQ319512 | Sep/25/2015 | 28336407 | 100,000.00 | 0.00 | 100,000.00 |
| | | SETTLEMENT CHECK ███████ CL#20150061 DOL 11/8/13 | | | |

| Check Number | Date | Total Gross Amount | Total Discounts | Total Paid Amount |
|---|---|---|---|---|
| ███████ | Oct/02/2015 | $100,000.00 | $0.00 | $100,000.00 |

---

**KP FINANCIAL SVCS OPS**
75 N Fair Oaks Avenue 4th Fl
Pasadena CA 91103

**CITIBANK, N.A.**
One Penn's Way
New Castle DE 19720
62-20/311

███████

Date    2015-10-02

Pay Amount    $***100,000.00

Pay        ****ONE HUNDRED THOUSAND AND XX/100 DOLLAR

To The
Order Of        LORI E DEVENY IN TRUST FOR ███████
███████

_____
Authorized Signature

_____
Authorized Signature