## Sitton, Brian

**From:** ▇
**Sent:** Wednesday, July 18, 2018 11:50 AM
**To:** Sitton, Brian
**Subject:** ▇

---------- Forwarded message ----------
From: ▇
Date: Tue, Apr 24, 2018 at 6:07 AM
▇
To: Lori Deveny ▇

Thank you for the update.

Sent from my iPhone

On Apr 23, 2018, at 6:03 PM, Lori Deveny ▇ wrote:

> ▇
> I have been working on your file.
> I should have detailed information for you late this week.
> No need for you to do anything.
> Lori
>
>
> **From:** ▇
> **To:** ▇
> **Sent:** Monday, April 23, 2018 5:51 PM
> **Subject:** ▇
>
> Hello Lori
> I haven't heard anything from you. Other than a little bit from my wife.
> Just wondering about what's going on? What do I need to do?
> Thanks
> ▇
>
> Sent from my iPhone

## Sitton, Brian

**From:** ▉
**Sent:** Wednesday, July 18, 2018 11:56 AM
**To:** Sitton, Brian
**Subject:** Fwd: ▉

---------- Forwarded message ----------
From: ▉
Date: Fri, May 18, 2018 at 7:21 AM
Subject: Re: ▉
To: "Lori E. Deveny" ▉

I will be are the phone today.

Sent from my iPhone

> On May 13, 2018, at 8:02 AM, Lori E. Deveny ▉ wrote:
>
> ▉
> Let's plan to talk next week. I am visiting my Mother right now and have limited internet access. I am back Tuesday. When would be a good time to talk?
> Lori
>
> Sent from my iPhone
>
>> On May 12, 2018, at 1:29 PM, ▉ wrote:
>>
>> Hey Lori
>> I haven't heard from you. I would like to know what is going on. I know I'm not your only client, but I would like to be knowing what is going on. What things are happening. When is it going to be going on. How much I should be thinking about receiving? ▉ and I are just trying to plan out our life and what we can or can't do. And where each nickel we have can go to.
>> Thanks ▉
>>
>> Sent from my iPhone
>

1