## Victim Impact Statement – Lori Deveny's crimes against ▮▮▮ ▮▮▮

Your Honor,

In the interest of the court, I want to briefly state the effects that the criminal actions of Lori Deveny

have had on me.

The crimes committed by Lori DeVeny against our family were significant, complicated, and extreme. Lori began her fraud against our family from the moment she took our first case. My husband and I were hit by a drunk driver in April of 2006. ▮▮▮, my husband had a broken arm and a crushed ankle/foot that led to an above the knee amputation. He went under 13 consecutive surgeries, and caught MERS/ drug resistant staph infection. I was scalped, my head was caught in a tire wheel well. I had numerous injuries including soft tissue damages, organ damage, TBI and 13 crushed ribs. We both developed significant anxiety as a result of the accident, and it was further exasperated with the subsequent theft from our attorney.  We thought Lori was working in my best interest but instead she was stealing and stalling. In 2019 we discovered she had been lying about settlement funds and lien negotiations and had defrauded me of an estimated $3-4 hundred thousand dollars over the previous 13 years.

We suffered significant losses of time, energy, mental health as we uncovered the anguish and frustrations we went through as we let her into our lives. Lori Deveny lied to us every time we entered into any conversation with her. She always had an excuse and a delay in response, She dragged it on our case, our claim, and our losses of time and money from 2006 and it continues today.

Every time we get contacted by the courts, a court representative, a reporter or another victim, we experience the loss again and again. It's been awkward to have to explain to friends, family & employers how and when we uncovered how we were duped. Countless medical providers were even conned. We had to go to trusted and valued doctors and healers to tell them why they are not going to be reimbursed. This was tramatic to our local community as the loses spanned years. We had to go out of pocket for medical care early on in our injuries ▮▮▮ even lost a medical appeal because of Lori's ineptness while hiding her fraud.

We have not had a chance to heal or grieve our losses as they just keep continuing to mount.  We are incredibly frustrated at the massive failure of the bar association for their failure to hold Lori Deveny

fully accountable for the fraud and the thefts. The fact that Lori was allowed to keep records and assets after being disbarred was a travesty against every victim.

It is awful that after the bar association finally offered a pittance of reimbursement, then after a horrid experience, the PLF raised the cap on claims. Our case was settled for only $50k per person, then the limit was increased to $100k right after.  That was just another knife in our backs. When we tried to get compensation from the PLAF, we were treated like liars and a thief. This was a huge time sink, and I lost considerable revenue from having to divert our energy, our mental health,  and our focus into that area for most of a year to get paltry results. I detested the entire process and this was horribly managed.  To be struggling to pay bills and have to fight for crumbs was humiliating. During this process, I met other victims of Lori Deveny. I felt their suffering and pain as well, along with having the awareness that most of her victims might not be able to vent their frustrations and suffering and trials as we can.

This massive failure to hold Lori accountable gave this vile and deceitful criminal opportunity to continue to spread her false hoods and hide her assets.  The bar association actually sent us boxes of files with other victim's case records included. They failed to even do a cursory examination of all the files and records that Lori eventually released to them. I received and documented medical records and statements belonging to up to 4 other alleged victims.  Who knows what else Lori was able to hide because of these blunders.

Next, we are incredibly confident, after reviewing other cases of hers, that Lori Deveny settled our cases prematurely and took pennies on the dollar for a pittance of the amounts our family should have received for our numerous injuries.  The extreme loss of limb, TBI and trauma built up into extensive losses that were not accurately compensated for. The fact that the bar association opted to give Lori 1/3 of our settlement money that she stole as compensation for a horribly completed case is another travesty.

We are in a heightened state of shock that it took so long to press charges, so long to remove her license to practice law, and to take long to contact victims. I am incredibly confident, that given Lori's horrid track record, the full scope of Loris' criminal actions have yet to be uncovered.  Lori being allowed to be in house arrest instead of prison, lack of bail, removal of her ankle monitor and her having access to her finances and home while countless victims suffered due to Lori's thefts and crimes have been another slap in the face.

The financial impact is huge. After the paltry compensation from the victim's fund, it does not even begin to calculate the actual cost of our lives after this terrible situation. Our medical bills continue to grow. We experience a higher cost for daily lives because we have had to build special accommodations into every single living situation.  We must build and maintain ramps, hand rails, special floor coverings, mobility devices just to name a few. We must maintain and replace these items constantly because they do not last with use. We must continue to fight insurance and medical providers for fair treatment while living with a disability. This amputation costs heavily in extra surgeries, extra prosthetic devices, special shoes and garments as they fail faster than others do because of the intense damage a prosthetic causes with daily use. We have to hire help for basic items that we used to be able to do ourselves, all out of pocket.

If we had received our settlement at the time it was awarded, I would not have had to work three jobs at one time, during the first recession of 2007-2009 just to keep our home. We would have been able to

purchase investment properties during the recession to improve our situation and increase our passive income.  At the time of our accident, we had investment properties and plans to purchase additional units. That dream was crushed with our bodies during the accident. Now the costs for daily life eats up any spare funds. We constantly have to pay for equipment, medical care, and more just to keep going.

Instead, we had to liquidate assets to keep afloat while Lori squandered our money we paid for in our blood. I suspect Lori has hidden money somewhere, and I hope it is found.

Emotionally, we struggled with knowing that we were conned. It's been a challenge to overcome knowing how many victims there were, and how long we were lied too. It's made us challenge every relationship since, and destroyed our naïve confidence in the justice system.

I will never be satisfied until Lori Deveny rots in prison. May she endure just a fraction of the hell she put our family through.

She is a horrid, evil person to rob people after they have experienced such trauma already. She shows no remorse, aside from being caught, and is a classic sociopath, in my strong opinion.

We deserve to be compensated for the lost time, pain and suffering that our family had to endure to recover from her crimes of theft and of our mental anguish she caused us.


Angerly, outraged, and horrified -

November 4, 2022

Senior United States District Judge Michael W. Mosman
US District Court
Portland OR Division

Judge Mosman,

It continues to be incomprehensible to my sister ▇▇▇▇) and I that a private practice lawyer can swindle people from their rightful monies; we were distraught over the ongoing lies by Ms. Deveny once we agreed to the settlement on our behalf for the wrongful death of our 73-year-old mother (▇▇▇▇ at the hands of Kaiser Foundation Health Plan of the NW, Inc. in fall 2013.

From the moment the settlement letter was signed by my sister ▇▇ on September 25, 2015 it was one frustrating lie from Ms. Deveny after another; first it began with the settlement needing "automatic review by Medicare" since our mother was on that at the time of her death (Kaiser was supplemental medical coverage for her).  For 13 months, it went from waiting to have someone from Medicare assigned to the case to by November 2016, "there's over 1000 of pages of medical information in ▇▇ case" then it was assigned to a supposed medical sub-committee and Ms. Deveny was calling Medicare every other week for updates. Then Ms. Deveny had "after my minor surgery, I ended up more recently with emergency surgery."

| From: | Lori E. Deveny |
|---|---|
| To: | ▇▇▇▇ |
| Cc: | |
| Subject: | Re: status update |
| Date: | Tuesday, December 13, 2016 11:43:43 AM |

Am in trial in Eugene. Will give more details when that concludes.
Committee did not address ▇▇'s claim in November. Presenter hadn't concluded her review.
Full email over weekend or if snow hits bad, from Eugene hotel.
Lori

**From:** Lori Deveny [mailto:ledeveny@att.net]
**Sent:** Tuesday, April 04, 2017 2:04 PM
**To:** ▇▇▇▇
**Subject:** Re: Progress!

Haven't been able to reach our person yet, so I don't know what happened.
Will continue to try and let you know.
Lori

**From:** Lori E. Deveny
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Progress!
**Date:** Sunday, October 8, 2017 5:29:34 PM

I fired my old service. The new people are much better, but working out some of the kinks.
Will talk to you on Tuesday.
Lori

Sent from my iPhone

On Oct 8, 2017, at 6:59 PM, [redacted] wrote:

> Hi Lori,
> The last time I called they finally told me that you were out til the 10th but that's all they said. Looking forward to some info. Thank you,
> [redacted]
>
> On Sat, Oct 7, 2017 at 4:46 AM, Lori E. Deveny <ledeveny@att.net> wrote:
>> If you have called this past week, you should have been told that my husband had a heart procedure and I have been out of the office.
>> I apologize if that information was not communicated.
>> I return on Tuesday. As of a week ago, I had not heard the results of the meeting.
>> Perhaps there will be something on my return.
>> Lori
>>
>> Sent from my iPhone

---

**From:** Lori Deveny <ledeveny@att.net>
**Date:** Thu, Apr 19, 2018, 4:21 PM
**Subject:** Re: Update
**To:** [redacted]

[redacted]
I understand your frustration!
What I was able to find out from the assistant to the person that I am dealing with is they are in the process of drafting the lien letter. She is unable to tell me numbers, but at least we do know that is in process. That is a huge step forward.
Lori

**From:** [redacted]
**To:** Lori E. Deveny <ledeveny@att.net>
**Sent:** Thursday, April 19, 2018 3:54 PM
**Subject:** Re: Update

Lori, it has been a month now since their meeting & still no word. I'm sorry I know you're all about the gentle nagging but to say this is ridiculous is the understatement of the year. We simply cannot continue this line of a weeks of no communication. We have the right to know what is going on.
[redacted]

On Wed, Apr 11, 2018 at 3:44 PM, Lori E. Deveny <ledeveny@att.net> wrote:
> Still waiting to hear. Will call again in the morning. Gentle nagging.
> Lori
>
> Sent from my iPhone

Finally, in June 2018 we learned we were one of the 40+ victims of Ms. Deveny's stealing of client funds. This was such a crushing blow and disappointment in private practice law. While we went on to successfully file a claim through the Oregon State Bar and received $25,000 each from the Client Security Fund; our portion should've been $33,333.00 each had Ms. Deveny turned the funds over to us immediately without the lies; it's unfortunate other good, hardworking, honest lawyers have to pay into this fund for this purpose and malpractice insurance does not cover stealing client funds.

When the US Attorney's office reached out to us requesting a victim impact statement, I didn't hesitate to say yes to spend a little of my time; hopefully not only stating our distasteful view of Ms. Deveny but perhaps in lieu of those cannot or choose not to submit the same to the court.

Please allow me to speak on behalf of all Ms. Deveny's victim's, we hope you'll see to it that beyond her never practicing law again, she has to work a minimum wage job to support herself and pay back as much as she can in fines, fees and client losses to the Oregon State Bar.

Respectfully submitted,



Estate of

## Victim Impact Statement – Lori Deveny's crimes against ▓▓▓▓ ▓▓▓▓

Your Honor,

In the interest of the court, I want to briefly state the effects that the criminal actions of Lori Deveny

have had on me.

The crimes committed by Lori DeVeny against our family were significant, complicated, and extreme. Lori began her fraud against our family from the moment she took our first case. My husband and I were hit by a drunk driver in April of 2006. ▓▓▓▓, my husband had a broken arm and a crushed ankle/foot that led to an above the knee amputation. He went under 13 consecutive surgeries, and caught MERS/ drug resistant staph infection. I was scalped, my head was caught in a tire wheel well. I had numerous injuries including soft tissue damages, organ damage, TBI and 13 crushed ribs. We both developed significant anxiety as a result of the accident, and it was further exasperated with the subsequent theft from our attorney. We thought Lori was working in my best interest but instead she was stealing and stalling. In 2019 we discovered she had been lying about settlement funds and lien negotiations and had defrauded me of an estimated $3-4 hundred thousand dollars over the previous 13 years.

We suffered significant losses of time, energy, mental health as we uncovered the anguish and frustrations we went through as we let her into our lives. Lori Deveny lied to us every time we entered into any conversation with her. She always had an excuse and a delay in response, She dragged it on our case, our claim, and our losses of time and money from 2006 and it continues today.

Every time we get contacted by the courts, a court representative, a reporter or another victim, we experience the loss again and again. It's been awkward to have to explain to friends, family & employers how and when we uncovered how we were duped. Countless medical providers were even conned. We had to go to trusted and valued doctors and healers to tell them why they are not going to be reimbursed. This was tramatic to our local community as the loses spanned years. We had to go out of pocket for medical care early on in our injuries ▓▓▓▓ even lost a medical appeal because of Lori's ineptness while hiding her fraud.

We have not had a chance to heal or grieve our losses as they just keep continuing to mount. We are incredibly frustrated at the massive failure of the bar association for their failure to hold Lori Deveny

fully accountable for the fraud and the thefts. The fact that Lori was allowed to keep records and assets after being disbarred was a travesty against every victim.

It is awful that after the bar association finally offered a pittance of reimbursement, then after a horrid experience, the PLF raised the cap on claims. Our case was settled for only $50k per person, then the limit was increased to $100k right after.  That was just another knife in our backs. When we tried to get compensation from the PLAF, we were treated like liars and a thief. This was a huge time sink, and I lost considerable revenue from having to divert our energy, our mental health,  and our focus into that area for most of a year to get paltry results. I detested the entire process and this was horribly managed.  To be struggling to pay bills and have to fight for crumbs was humiliating. During this process, I met other victims of Lori Deveny. I felt their suffering and pain as well, along with having the awareness that most of her victims might not be able to vent their frustrations and suffering and trials as we can.

This massive failure to hold Lori accountable gave this vile and deceitful criminal opportunity to continue to spread her false hoods and hide her assets.  The bar association actually sent us boxes of files with other victim's case records included. They failed to even do a cursory examination of all the files and records that Lori eventually released to them. I received and documented medical records and statements belonging to up to 4 other alleged victims.  Who knows what else Lori was able to hide because of these blunders.

Next, we are incredibly confident, after reviewing other cases of hers, that Lori Deveny settled our cases prematurely and took pennies on the dollar for a pittance of the amounts our family should have received for our numerous injuries.  The extreme loss of limb, TBI and trauma built up into extensive losses that were not accurately compensated for. The fact that the bar association opted to give Lori 1/3 of our settlement money that she stole as compensation for a horribly completed case is another travesty.

We are in a heightened state of shock that it took so long to press charges, so long to remove her license to practice law, and to take long to contact victims. I am incredibly confident, that given Lori's horrid track record, the full scope of Loris' criminal actions have yet to be uncovered.  Lori being allowed to be in house arrest instead of prison, lack of bail, removal of her ankle monitor and her having access to her finances and home while countless victims suffered due to Lori's thefts and crimes have been another slap in the face.

The financial impact is huge. After the paltry compensation from the victim's fund, it does not even begin to calculate the actual cost of our lives after this terrible situation. Our medical bills continue to grow. We experience a higher cost for daily lives because we have had to build special accommodations into every single living situation.  We must build and maintain ramps, hand rails, special floor coverings, mobility devices just to name a few. We must maintain and replace these items constantly because they do not last with use. We must continue to fight insurance and medical providers for fair treatment while living with a disability. This amputation costs heavily in extra surgeries, extra prosthetic devices, special shoes and garments as they fail faster than others do because of the intense damage a prosthetic causes with daily use. We have to hire help for basic items that we used to be able to do ourselves, all out of pocket.

If we had received our settlement at the time it was awarded, I would not have had to work three jobs at one time, during the first recession of 2007-2009 just to keep our home. We would have been able to

purchase investment properties during the recession to improve our situation and increase our passive income.  At the time of our accident, we had investment properties and plans to purchase additional units. That dream was crushed with our bodies during the accident. Now the costs for daily life eats up any spare funds. We constantly have to pay for equipment, medical care, and more just to keep going.

Instead, we had to liquidate assets to keep afloat while Lori squandered our money we paid for in our blood. I suspect Lori has hidden money somewhere, and I hope it is found.

Emotionally, we struggled with knowing that we were conned. It's been a challenge to overcome knowing how many victims there were, and how long we were lied too. It's made us challenge every relationship since, and destroyed our naïve confidence in the justice system.

I will never be satisfied until Lori Deveny rots in prison. May she endure just a fraction of the hell she put our family through.

She is a horrid, evil person to rob people after they have experienced such trauma already. She shows no remorse, aside from being caught, and is a classic sociopath, in my strong opinion.

We deserve to be compensated for the lost time, pain and suffering that our family had to endure to recover from her crimes of theft and of our mental anguish she caused us.


Angerly, outraged, and horrified -

November 4, 2022

Senior United States District Judge Michael W. Mosman
US District Court
Portland OR Division

Judge Mosman,

It continues to be incomprehensible to my sister ▮▮▮▮▮) and I that a private practice lawyer can swindle people from their rightful monies; we were distraught over the ongoing lies by Ms. Deveny once we agreed to the settlement on our behalf for the wrongful death of our 73-year-old mother ▮▮▮▮▮ at the hands of Kaiser Foundation Health Plan of the NW, Inc. in fall 2013.

From the moment the settlement letter was signed by my sister ▮ on September 25, 2015 it was one frustrating lie from Ms. Deveny after another; first it began with the settlement needing "automatic review by Medicare" since our mother was on that at the time of her death (Kaiser was supplemental medical coverage for her). For 13 months, it went from waiting to have someone from Medicare assigned to the case to by November 2016, "there's over 1000 of pages of medical information in ▮ case" then it was assigned to a supposed medical sub-committee and Ms. Deveny was calling Medicare every other week for updates. Then Ms. Deveny had "after my minor surgery, I ended up more recently with emergency surgery."

---

**From:** Lori E. Deveny
**To:** ▮
**Cc:** ▮
**Subject:** Re: status update
**Date:** Tuesday, December 13, 2016 11:43:43 AM

Am in trial in Eugene. Will give more details when that concludes.
Committee did not address ▮'s claim in November. Presenter hadn't concluded her review.
Full email over weekend or if snow hits bad, from Eugene hotel.
Lori

---

**From:** Lori Deveny [mailto:ledeveny@att.net]
**Sent:** Tuesday, April 04, 2017 2:04 PM
**To:** ▮
**Subject:** Re: Progress!

Haven't been able to reach our person yet, so I don't know what happened.
Will continue to try and let you know.
Lori

**From:** Lori E. Deveny
**To:** [redacted]
**Cc:** [redacted]
**Subject:** Re: Progress!
**Date:** Sunday, October 8, 2017 5:29:34 PM

I fired my old service. The new people are much better, but working out some of the kinks.
Will talk to you on Tuesday.
Lori

Sent from my iPhone

On Oct 8, 2017, at 6:59 PM, [redacted] wrote:

> Hi Lori,
> The last time I called they finally told me that you were out til the 10th but that's all they said. Looking forward to some info. Thank you,
> [redacted]
>
> On Sat, Oct 7, 2017 at 4:46 AM, Lori E. Deveny <ledeveny@att.net> wrote:
>> If you have called this past week, you should have been told that my husband had a heart procedure and I have been out of the office.
>> I apologize if that information was not communicated.
>> I return on Tuesday. As of a week ago, I had not heard the results of the meeting.
>> Perhaps there will be something on my return.
>> Lori
>>
>> Sent from my iPhone

---

**From:** Lori Deveny <ledeveny@att.net>
**Date:** Thu, Apr 19, 2018, 4:21 PM
**Subject:** Re: Update
**To:** [redacted]

[redacted]
I understand your frustration!
What I was able to find out from the assistant to the person that I am dealing with is they are in the process of drafting the lien letter. She is unable to tell me numbers, but at least we do know that is in process. That is a huge step forward.
Lori

**From:** [redacted]
**To:** Lori E. Deveny <ledeveny@att.net>
**Sent:** Thursday, April 19, 2018 3:54 PM
**Subject:** Re: Update

Lori, it has been a month now since their meeting & still no word. I'm sorry I know you're all about the gentle nagging but to say this is ridiculous is the understatement of the year. We simply cannot continue this line of a weeks of no communication. We have the right to know what is going on.
[redacted]

On Wed, Apr 11, 2018 at 3:44 PM, Lori E. Deveny <ledeveny@att.net> wrote:
> Still waiting to hear. Will call again in the morning. Gentle nagging.
> Lori
>
> Sent from my iPhone

Finally, in June 2018 we learned we were one of the 40+ victims of Ms. Deveny's stealing of client funds. This was such a crushing blow and disappointment in private practice law. While we went on to successfully file a claim through the Oregon State Bar and received $25,000 each from the Client Security Fund; our portion should've been $33,333.00 each had Ms. Deveny turned the funds over to us immediately without the lies; it's unfortunate other good, hardworking, honest lawyers have to pay into this fund for this purpose and malpractice insurance does not cover stealing client funds.

When the US Attorney's office reached out to us requesting a victim impact statement, I didn't hesitate to say yes to spend a little of my time; hopefully not only stating our distasteful view of Ms. Deveny but perhaps in lieu of those cannot or choose not to submit the same to the court.

Please allow me to speak on behalf of all Ms. Deveny's victim's, we hope you'll see to it that beyond her never practicing law again, she has to work a minimum wage job to support herself and pay back as much as she can in fines, fees and client losses to the Oregon State Bar.

Respectfully submitted,

███████

Estate of ███████

November 15, 2022

Your Honorable Judge Mosman,

In the interest of the court, I want to briefly state the effects that the criminal actions of Lori Deveny have had on me.

Lori began representing me in 2006 after a motor vehicle accident. She led me to believe she was working in my best interest but instead she was stealing and stalling. In 2019 we discovered she had been lying about settlement funds and lien negotiations and had defrauded me of an estimated $3-4 hundred thousand dollars over the previous 13 years.

The settlement funds Lori stole from me were to be used for medical expenses related to my recovery from the motor vehicle accident that resulted in the above knee amputation of my left leg. The funds were planned to be used to pay monthly medical expenses, purchase prosthetics, and modify my home for wheelchair access/use.

Lori led me along for over 10 years while I struggled with getting my insurance to cover the most basic prosthetic devices. During that time Lori subjected me to undo stress by leading me along for 13 years promising that the insurance settlement was almost complete. While I was recovering from the physical injuries, I had to endure financial hardships and the stress of a never closing insurance case.

In addition to the crimes, she perpetrated against myself, I would ask the court to consider the betrayal of Lori's position and influence when determining her sentence. She was a trusted member of the Oregon State Bar and a president of the OWL. She took advantage of her position and the trust given to her by the OSB and OWL.

Please make an example of her to others and impose the maximum sentence allowed.

Thanks,

November 7, 2022

Judge Mosman:

Thank you for giving me the opportunity to write a letter to describe how Lori Deveny's criminal actions have affected my life. I'm sure you will receive many letters such as this, so, I will try and be succinct in my comments. I met Lori Deveny in 2016 after I was involved in a hit and run accident on 2/19/16 and sustained several injuries, including a concussive head trauma along with some other injuries. I had also been involved in two other accidents where my vehicle was rear-ended by inattentive drivers. One on 12/10/14 and one on 3/27/15. I sustained various soft tissue injuries in both of those accidents. Prior to my third accident, I was trying to deal with settling with the insurance companies myself. However, my head injury from the third accident, which affected my balance and my language and motor skills, made my ability to handle my own insurance claims unmanageable.

I picked Lori based on a recommendation of some friends of mine. When I met with her the first time she was very forceful, direct and frankly, intimidating. I felt uneasy and wanted to find someone else after our first meeting. However, the pain and other severe symptoms I was experiencing at the time, and Lori Deveny's insistence that she would handle all three of my cases, I went against my better judgment of finding someone else.

Lori, I soon learned, was often difficult to reach via phone, text or email. However, she made one thing very clear in the beginning – I was never to talk to the insurance companies. She was the only one to have communication with them. When I would question the delays in payment or suggest that I could call them, she would reprimand me and remind me that I was never to call them. I felt like Lori would always play on my emotions when she finally did call me back, and I would always end up apologizing from my frustration in the resolution taking so long. I remember her calling me back three days after she said her husband had shot himself in front of her in the living room and then she added that her dog had died as well. She had absolutely no emotion in her voice. I questioned that, and she said his kids had just left and she had already gotten her crying out. I hung up with more questions than answers, and found her calm in such trauma abnormal and unsettling.

I don't watch television. So, I found out that Lori Deveny was swindling her clients, after she was already disbarred. I got a call one day from a local attorney in Portland telling me they had my case files and that I needed to call the Oregon Bar Association for more information. After talking with the Oregon Bar Association, I got more information and was informed they also had some of my case files. I then went online and searched Lori Deveny's name and the local news story from months prior came up. This is when I had to start piecing together the truth about my claims and retrieving my case files.

Unfortunately, my case files were in complete disarray and missing information between what I retrieved from the local attorney's office and the Bar Association. I called the insurance companies of all 3 of my accidents and found the following:

Accident 1: A $15,000 check was sent to Lori Deveny on 5/10/17, cashed by her on 5/19/17, and she finally issued me a $12,000 check on 5/3/18. I had not signed a settlement nor was I aware that Lori had received a check a year prior.

Accident 2: Lori was insistent I come to her office on 7/27/18 early in the morning to retrieve a settlement release for $25,000 and have it notarized with my signature and returned to her promptly that morning. I did as she demanded, and I never saw that $25,000. I had no idea she was stealing from her clients and was already disbarred by this point. I really needed that money to help continue my care from my third accident because I had long exhausted my $15,000 PIP policy. I had to discontinue the treatments that were helping me to restore my normal brain function because I did not have the personal funds to continue my care. This was neither easy nor provided a good quality of life for me.

Accident 3: Lori took an initial offer of $5,000 on 8/10/17 without my knowledge or permission and basically "settled" with the insurance company. She never responded to their requests for discovery or depositions for me. Their emails went unanswered by Lori. She missed an opportunity to file a demand letter for the Uninsured Motorist benefit of $50,000 as well. Lori's inactivity on this accident and forging my name on a settlement offer of $5,000, that I was not even aware of, took away my ability to have resources to continue my recovery. To this day, I continue to have lingering physical and cognitive issues that I need treatment for, but have to sparingly treat as personal funds allow.

Lori Deveny's criminal actions seriously affected my ability to receive the treatment and care I needed once my insurance PIP ran out. She stole money that did not belong to her and forged my signature on documents I never saw, signed or agreed to. Further, because of her negligence and my incomplete case files, obtaining another lawyer, who would even consider taking my case, was almost impossible. In my opinion, Lori Deveny is psychopath and thief, and frankly, one could question a murderer as well. She completely took advantage and preyed on people who were suffering from physical injuries and often head traumas for her own financial gain. I hope Judge Mosman, as you consider the sentence for Lori Deveny, you will weigh the years she spends in prison, against the magnitude of suffering she has caused myself and many others to endure. Life has to have consequences that are severe enough, that they far outweigh wanting to repeat the same behavior again. Thank you again for taking the time to read my letter and allowing me to feel like I've been heard.

Sincerely,

**From:**
**To:** Reichmuth, Amanda (USAOR)
**Subject:** [EXTERNAL] RE: US v Deveny
**Date:** Wednesday, November 9, 2022 5:57:15 AM

Lori Deveny took advantage of my trust in her. She had represented me in a workers comp case in 1996. Each year after that I was invited to do the walk for the cure for breast cancer. She formed a group of former clients who met to do this on a yearly basis. I believe she used this as a way to fool people into trusting her. My husband and I were told the lawsuit we were involved in had been finalized. We decided to take our time traveling to where my husband would go back to work. We were counting on that money when several months later Lori informed me that the medical costs were being renegotiated due to changes in the law. At that point I had to start withdrawing money from my 401k in order to pay for our expenses. It was months before I did a google search and realized I had been lied to and my settlement had been stolen. It is horrible that an attorney, someone you go to for help would prey upon people that are hurt and in need. And to use that money to go on safaris and keep a lavish lifestyle.