My victim impact statement is as follows:

I was referred to ms Deveny following a car accident I was injured in, upon meeting her my first impression was that she was knowledgeable, competent and trust worthy. As it was my first injury that required professional assistance I was in new territory of how things worked. She was patient and told me she would deal with everything and to get better. I was instructed not to answer phone calls from insurance company's, and refer anyone interested in the matter directly to her. At first this gave me ease of mind. But it soon came clear the only purpose of this was to keep me in the dark with the progress of the claim. I attempted to contact her on a regular basis. I was unable to get through to her on many of those occasions. The other times where I was able to make contact I was met with a brick wall of excuse after excuse on why she hasn't reached out or returned my calls. I remember she was sick, on vacation, her husband had died. At this point I was quite frustrated with how her communication has gone and threatened getting a auttorney to help me connect with her to figure things out regarding the claim. From that point she finally contacted me with the excuse that the insurance were the ones holding things up. Little did I know that this had already been settled in the approximate amount of $11,000. I did not sign anything nor was presented a settlement offer from ms deveny. Eventually I did end up receiving my share of the settlement from the state bar.

The whole ordeal with this has led me to have trust issues with attorneys. Since then I have dealt with a serious work injury that my employer had covered up and buried my workers comp claim that was supposed to cover my wages for the time off I needed to recover. The time off I needed was a entire pay period. I had received a $0 paycheck. Was forced to sell my dream car I worked so hard to acquire only because I knew if I got a new car the payments could be pushed out by a couple months in order to get back on track. The mental impact ms deveny left on me has led me to be too anxious to stand up for myself in legal situations. Resulting in financial loss, stress that has given me chest pains that led me to the emergency room. The experience will no doubt leave these trust issues, and mental impact on me for my lifetime.

What do I believe should happen to ms deveny? She shouldn't go to prison. Why should she get a roof over her head, guaranteed showers, food and healthcare. That's simply taking MORE money from people. Her victims tax dollars should not be continuing to care for her. She should go free, and stuggle, and go hungry. And worry about where she will be sleeping every night. This women doesn't deserve the slightest decency that prison will provide. She needs to struggle for her necessities. She needs to struggle and be in the same shoes she left many of her victims in. Eye for a eye. The justice system is far too soft. As where the real world is harsh specially if she has to start from the bottom with a tarnished history.

Ruin every background check any employer could ever run. And let karma fall in place. I heard the burnside bridge provides nice shelter and life ruining substances just to stay warm.

Give her the 4$ restitution for a day pass to get there. I don't want it.

Regards,

To whom it may concern,

In August of 2015 I was in a car crash. I was taken immediately by ambulance to OHSU and had to endure a 13 hours surgery to hopefully correct my spinal cord injury.

At the time my then spouse found lawyer Lori Devany to help "us" through this process.
I was rear ended by an uninsured, no license motorist.
When I first met Lori I was in the hospital at rehabilitation.
When she came to visit she brought a beautiful bouquet of flowers and said, "I have been hired to be your lawyer for your case."
She told me she has been a lawyer for many years and her specialty was representing those that have had traumatic brain injuries and have been in motor vehicle accidents. She told me that she would represent me all I had to do was sign on this signature line.
Because of my injury I was not very capable of signature that was real legible. I was told just a squiggly line would do and she would date and get copies back to me.

As time went on Lori often time would communicate with myself and or my husband. I relied on my husband to help in being my second and sometimes first set of eyes, ears and etc.
Lori was eager to help with paperwork any way that she could.
This was appreciated in the early stages because I had so many things going on to heal, my spouse had to become the primary parent of 3 kids and also was one of my caregivers.
He also worked outside of the home at a full time job.
I had several other close friends who volunteered their time as my caregivers.

I was able to get connected with Medicare and Lori did help with some of that process, but it was delayed because some of the paperwork was incorrect.

Over time I was able to talk to Lori, and she would tell me "oh I'm working on your case", or "oh I left your file on my desk at home. "
She told me she did have good news. At one point and told me she had talked to the guy that caused the crash and that there could be a possibility of a case with contingency.
After she told me that news she stopped communicating with me as often and when I hadn't heard from her in awhile, several weeks to even a month and heard from my motor insurance that there was a check issued, I talked to my spouse.
Lori became more and more difficult to reach and her demeanor had changed.
My medical bills were being sent to collections.
I was advised to give all bills and direct phone calls to Lori in which I did.
This was after the bill collector kept telling me that they were not getting responses from Lori.

This was a tragedy for not only me but my family. My daughter has been affected, as well as my boys. This put a strain on my husband and I over time, and the result ended in divorce. I was left feeling very emotionally sick right before Christmas when I heard the news of what Lori had done.

And to think she has done this to so many others. I am not the first, but hope I am the last. It's enough to be damaged physically and family broken, but then to be robbed by a trusted lawyer, is heart-wrenching. And we have to live with this forever. Damage done can never be undone. 10-20 years will not be enough time served for all the people you hurt by a person who took an oath to help them.

I researched Lori Deveny after one of my doctors recommended her. She was listed as past president of the OWLS and I saw a couple recent photos of her at an event they held on the OWLS website. I found stories on Oregon Live that included her. I went to her office downtown and met with her. I liked her. It wasn't a fancy office. She seemed down to earth. When I gave a deposition in her office she was very professional.

I was overwhelmed with doctors appointments, medical bills pouring in and I was still teaching. She said to give all the medical bills to her and she would let them know about the litigation and pay them when I was paid. She would take her third and pay the bills, then wire the rest to me.

August 8, 2016 she called to say the case had settled. She knew we were in the process of buying a one story home to replace our three story because I was unable to go up and down stairs. Our house closed in October and she called the day of or the day before to say the check finally came. She said she would send me the money after she took care of everything. I assumed that was the bills and her fee. We moved October 16, 2016.

She told me that there was a hold on the funds by the insurance company and she was looking into why they were doing that. I asked a friend who is an attorney if that was legitimate and she said that can happen. This went on for months.

In April 2017 she said that she was able to get them to release $10,000 of it. She wired it to our bank account. We finally went and bought living room furniture; the room had been virtually bare for six months. We put our old living room furniture in the family room. We didn't have both before even though our new home was 500 square feet smaller.

She kept stalling and then stopped returning my calls. Bills started coming in threatening to go to collections if not paid within 10-30 days. We are honest people. We paid them as best we could, but there was one week where I paid the bill that said it was due immediately and I should have bought food instead. We ate oatmeal for breakfast and had a crockpot of chili that we lived on that week. We were able to get through those months, but our savings were depleted and we were living very frugally.

Eventually I asked my lawyer friend again about how long everything should take. "Oh my goodness! You haven't been paid yet?!" She exclaimed. "Oh, you need to report her to the bar."

I called Deveney again and left a message saying I would call the bar and report her. Still nothing. So with my friend directing me to the form online I filled it out and sent it in.
Many months later I was given what was then the maximum compensation the bar offered, $50,000. My settlement had been $92,500.

Compared to her other victims, I was blessed to get most of what I would have gotten, and I had a friend to show me what to do. Laurie added to my suffering, compounding it.

1

When I went to file our taxes, I didn't list the compensation from the bar because I had been told that my settlement would not be taxable. The IRS decided to audit us and let us know about two weeks before tax day this year that we owed $8,000. We sent them proof of what the money was for, but it didn't matter to them because of the form the OSB used to report with. I was already deeply saddened by Laurie's theft. That last jab by the IRS meant that since April were are back to living very frugally. We had to get a loan to pay it. We didn't have that much available and it was due much like all the medical bills were, immediately.

Covid slowed the justice system down and she has reaped the benefit of resting comfortably at home. My pain and suffering began August 16, 2013 when I was sitting at a light that almost always took 2-3 lights to get through. After the second light turned red, I noticed a tweaked on the sidewalk changing her clothes. Just as I thought, is she really going to take her shirt off, I was hit from behind. I think the guy driving the pest control truck saw her, too. I had surgery on each of my knees and was told both times that I needed to replace them. July 2019 I had titanium knee replacement in both. When I recovered, I finally felt free from my six years of pain. Then the calls started coming in for me to relive all that Laurie dragged me through by stealing the settlement. I don't look forward to Laurie spending years in prison. I feel sorry for her. She had a successful career. Apparently she WAS a good lawyer. Then she chose not to be. But I do believe God is just. If justice were truly served, Laurie would have all the years of additional suffering she inflicted on already hurting victims she would be in jail the rest of her life.

Laurie, God is gracious and compassionate! He created you in His image. God still loves you. You have confessed your sin to the court by pleading guilty. I hope you confess your sin to God to receive His forgiveness. There are many victims who will never be able to forgive you. I choose to forgive you because God has forgiven me of all my sins, not because I deserve it nor do you, but because God is good. There is nothing good for you to look forward to in prison, but if you turn to God you will at least have Heaven to look forward to. You told me once that I reminded you of your Baptist grandmother. I know you'll have many years to consider this. Forgiving you releases me of the burden of anger and bitterness. I don't want to live there!

The car accident was on July 29th of 2016, and it was rather cut and dry. Compared to the possibilities, there were mostly minor injuries all around. Most of the damage was to my mother's car, which was totaled. My mother contacted Lori Deveny not long after, as she had worked with her in the past for another accident in around 2008. Right off the bat, I was suspicious of her, as we've all heard the jokes about lawyers being snakes. However, after I walked into her Portland office for the first time, my mom had to convince me not to leave right then and there. It's been a long time, so I don't remember specifics, but imagine: instead of a slick, high-rise office, you walk into the trophy room of a wealthy victorian noble. If memory serves, there was a giraffe head mounted to the wall, a zebra rug on the floor of the foyer, and a picture of Lori Deveny herself posing proudly with a dead lion framed on her desk. I was sure all the jokes were right, but my mother stuck her neck out for Lori, so I went against my gut instinct. Otherwise, nothing about this meeting bears repeating.

Mrs. Deveny assured us repeatedly that she was working on our case, even as two years went by and she became harder and harder to get ahold of. Eventually, in 2018, she sent over some documents to sign, telling us to expect around $4,000 for me and $10,000 for my mother, after her cut. We signed the papers and sent them back. Then, absolute radio silence. It wasn't until we were contacted by a police officer that we learned about her crimes.

Since then, my initial opinion of attorneys has only solidified because of her. I mean, if it was so easy for her to steal my money, why wouldn't that be true of other lawyers? Her actions had a lasting ripple effect on my life. At the time of the accident, I was nearly 18 and was planning on going to college to pursue my dream of a degree in environmental studies. That $4,000 would've gone a long way for a kid struggling to pay for college on part-time, $9.47/hour wages. I would've been the first in my family to graduate college. I enrolled in Clark Community College to get my General Education credits before hopefully continuing to Evergreen State College. I held out as long as I could, waiting for the money I had been promised would come my way soon. Inevitably I was kicked out of school; pulled into the hallway during class, and told I had to pack my things and leave when it was clear I wasn't going to be able to afford tuition. It was an absolutely humiliating experience, and now the prospect of going back to school makes me nervous. On top of all of that, even without paying for tuition, I found myself in debt. Books, materials, and fuel for the commute did not come cheaply. I couldn't

afford to put new tires on my car, and ended up in another, much more serious car accident, which left me with lasting physical and mental trauma.

My experience with Deveny, as life-defining as it was for my early adult years, pales in severity to what she has done to countless others. I was annoyed when I found out I was never getting my money, but I was horrified when I discovered that her main victim base was people who had suffered traumatic brain injuries and were now permanently disabled. At the risk of sounding naive, I lost a lot of faith in humankind after learning about the scope of her actions. I am a very empathetic person; I have a natural tendency to want to understand a person's motivations. With Deveny, the only clear motive is undeniable greed, and a lust for money, at the expense of others' wellbeing. I do not believe in pure evil. However, I believe Mrs. Deveny is very close, and I would like to recommend the maximum prison sentence for this case, to minimize the harm this woman could do in the future. Thank you for your time.

My First encounter with Lori Deveny was in her office in Portland, OR. She welcomed my father-in-law, my mother, and I into her office. She was very nice and inviting when we first met her and said she would take care of everything in my car accident case from October 16th of 2013. Lori had asked me to lunch and told me not to bring my mom, that I need to be alone. I had met her a Chicago pizza company in Portland, OR, during this meeting she had told me I needed to get a separate bank account then my parents and a PO box for my mail to make sure no one in my family would open it. So, I ended up getting a separate bank account but no PO box because I know my family wouldn't touch my mail.

We had been contacting back and forth, for about a year after hiring Lori and she had called me a few times wanting my pay stubs and some additional information about my work at the current time. During this whole time of me trying to contact her she had made several excuses of why she wasn't able ton call me or text back, I remember in March she told me she couldn't call me because her husband had passed away. In 2017 toward the end of the year I was trying to get ahold of Lori, but I had lost her card with her phone number on it. So, I had looked her name up on google hoping to find her phone number or email and I was shocking to see the things that came up. I saw several news articles about how this lawyer had taken millions of dollars from her clients and at the time I didn't want to believe it.

I had kept calling Lori's office, but nothing ever came back to me, so the next step was to call State Farm Insurance and handle this myself even though I had signed a paper saying I would have no contact with State Farm Insurance. The day I called State Farm Insurance was probably one of the worst days of my life, all the pain and health issues I had gone through to hear the words that my case had been closed almost a whole year after I had hired this women to help fight for what I deserved. State Farm Insurance had sent me all the paperwork showing my name was signed and dated on the release form for a check, which I had never signed since I had no contact with them at all. Lori Deveny had signed my name and didn't even spell my name right at all.

She had cashed a check for 52,000 dollars and I didn't see a dime of it because she had cashed it and basically taken off. I had to go through the process of getting some of the money back through the Oregon State bar. One thing I do remember that will stick me probably the rest of my life is she was arrested on my 21st birthday. I had received a phone call say Lori Deveny was in custody and I couldn't of been happier.

I was in a roll over accident on April 10th 2016. My wife and kids was following me in my wife's car. My kids got to see me taken to the hospital in a ambulance. Both kids where very upset at this. I was emotional hurt was more form this than the pain for the accident. Because i couldn't even hug them. I was released from the hospital that night with no serious injuries. Was told to stay home from work for the next couple of days by the doctor. Next day started the paperwork from the accident, getting my Jeep looked at, and contacting my insurance. next couple of days still in pain in my leg. went back to the doctors more test and everything to see what is going on. The insurance of the guy that hit me was pushing to to cash out at couple hundred bucks on top of replacement of my Jeep, which didn't even cover the lost wages from the days off from work. I have been talking to several different friends about want is going on the they all told me to get a lawyer. which I didn't know where or how about doing this. I had several different lawyers names given to me. I was given Ms Deveny by 3 different people which they don't know each other. Was told by all of them Ms Deveny was a bull dog and will do the most for me. i went online and looked around to find what i could about her and everything I could find was good. even at the Oregon State Bar. So I contacted her by phone, We went back and forth phone and emails. Ms Deveny tried to get me to hire her over email but I like to do face to face. So we got together at her office About May 17th 2016 we talked a little bit. ended up hiring Ms Deveny that day. Ms Deveny asked me about what i have been doing and what the doctors have been doing. and I told Ms Deveny everything and Ms Deveny told me i should be getting a second opinion and directed me to a couple different doctors, I figured she knows what needs to happen. So i did. It upsets me now looking back there was a couple of red flags that I see. Couple that sticks out the most is she was happy about i have never filed a insurance claim before, and when this was all done i might have enough money after it was all said and done to go on a small vacation with thew family.

For the next year i did physical therapy doctors visits and nothing was really helping me. Before the accident i was able to drive 10 1/2 hours down to San Jose no problem after the accident i had a hard time driving to work 35 minutes. So I decided it was time for surgery. I let Ms Deveny know and started the ball rolling. Just before the surgery the insurance said they wanted another doctor to look at me. The doctor said my injuries where not from the accident and so the insurance said they wouldn't pay for it. Ms Deveny told me to go ahead and get it done and we would fight it in court later. At that time with out my knowledge Ms Deveny requested payout to both insurance companies and received two checks for $125,000 Ms Deveny forged my signature on the release forms for all injuries from than point on.
For the next year there was not a lot of contact with Ms Deveny I kept sending thew past due bills from the surgery to Ms Deveny. And kept getting told she was working on it. At the two year point I told Ms Deveny to get started on payout and to get the bills paid. I started getting the run around from Ms Deveny her mom was sick, MS Deveny was out of town, The other driver was under insured and she was going to have to go after my insurance. Ect.

July of 2018 a coworker that hired Ms Deveny came tyo me and asked me about her. His doctor was trying to get ahold of Ms Deveny and couldn't. So I started looking around and thats when i found out MS Deveny got the money already. I didn't pay attention to the year so i thought it was April of 2018 she get the money but no it was April of 2017. I made a complaint to the Oregon State Bar and that's when everything started coming out.

I ended up having to get a loan pay the $30,000 bill for the surgery, which put the family into a very bad financial problem intell I found out about the client security fund. and received the Funds from that so i could pay the loan off. And other debt the family made when we had this loan.

At this time I still having problems with my back. Its not as bad as before the first surgery. My health insurance company at this time will not help me out due to it being existing condition the insurance company saids. and Ms Deveny forged my signature on the paperwork from the car insurance so they will not touch it ether. So I'm setting here with pain in my back and leg. I'm afraid that it will cost me another $30,000 or more to have another surgery to see if i can get fixed. When this is all done with the conviction of Ms Deveny I might be able to proceed and receive more medical treatment.

Due to my on going problems with my back and leg, I left the good paying job and took a lower paying job so I wouldn't aggravate my injuries with lifting the heavy weight of stone.

I feel what the lawyer asking for punishments is a little light for what Ms Deveny did. I think the jail time is ok but I feel that there needs to be a point where when Ms Deveny when locked up she can not help/practice law in jail, and I feel Ms Deveny should have at least 4000 hours of community service.

I am writing regarding the devastating impact that Lori Deveny had and continues to have on my life. I was a child psychologist, specializing with children who were abused and/or traumatized. I taught graduate level classes for Western Seminary seeking to prepare the next generation for working with the most vulnerable children and traveled around the United States providing continuing education for licensed professionals.

In 2012 I was rear ended at a red light which left me with a traumatic brain injury, ruptured disc and nerve damage amongst other injuries. Though Drs recommended that I take several months off from my practice I struggled to return to work half time, compelled by my clients needs. Six months later, on the way home from physical therapy, I was rear ended again at a red light. My physical injuries were exacerbated and my brain suffered significantly more damage. I struggled to see a few key clients but could not even work a quarter time. Hoping to get better, I spent my savings keeping my office open and paying my assistant not just for her work duties but to transport me to Drs and do many of the tasks that I had easily done before the accidents. By spring of 2014 I was out of money and had no prospects of a meaningful recovery.

Attorney Lori Deveny came highly recommended as working with disabled and head injured clients. I approached her for assistance in 2015 and let her know I was interviewing several attorneys. When she stated that she charged only 25% vs the typical 1/3 I signed with her that very day. She spoke eloquently about her desire to assist those who had been injured and disabled. After verbally going over everything she presented me with the contract but when I looked at it it said 33%. I showed it to her and she apologized and said that she had just given me an old agreement but said I should just sign it and she would fix it later. That seemed bizarre and I said no need and crossed out the 33%, corrected it to the 25% then initialed and dated to make it legal. I then asked for a copy but she said her printer was broken. She said she would send me a copy. By the time we met again she had not, though my assistant had called and emailed to prompt her. I again requested a copy of our agreement for my records and she said that strangely her printer was broken again. I offered to go an adjacent office in the building but she said she was in a hurry and assured me she would send me a copy. Then followed months of my assistant and I calling for a copy of the contract.

Even years later, when my new attorney confronted her with her malfeasance and requested all my records, she failed to provide a copy of our agreement. He specifically requested it on multiple occasions. Nor was one found by the bar in her records for me. Only in the spring of 2022, when I went to a settlement hearing with a mediator did her attorney present a copy at 33% with my alleged signature. He accused me of misremembering and said it was evidence Lori was telling the truth despite the fact that she had already forged my name multiple times. What it is evidence of is that even after being caught in multiple crimes Lori Deveny continues to commit them.

When I met with Lori she was solicitous, very well versed in head injury symptoms. She turned down the lights for me, told me when I was rear ended on the way to her office in 2015 to lay down and got me water. She presented as tough but sweet. Regarding my 2012 and 2013 accidents, Lori told me that the person attempting to low ball me had been her law professor but that she wasn't intimidated. She said that she wasn't afraid to go to court and expected it might be necessary because the accidents were so close together the companies might try to shift blame to each other. There was also the fact the accidents were career ending and my cumulative income was substantial. She said that Portland juries are not generous so although these accidents had ended my career which was my passion and the focus of my life, her goal was $200,000 each, in total, approximately two years of income. I trusted her and agreed.

In late 2014, when I realized that I could no longer afford the overhead for my business and did not have prospects of a meaningful recovery I sold my beautiful 1500 square foot home in Troutdale. I bought a 20 foot travel trailer to live in for what I thought would be a brief interim as Lori addressed my case. I was struggling with my head injuries and received multiple treatments to help me walk and talk correctly, for balance and severe pain. There wasn't much that they could do for my slow mental processing, the memory issues, the emotional ups and downs that can come with head injury, my inability to make and execute a plan as simple as backing my vehicle out of my driveway. I no longer felt thirst or hunger and couldn't remember to eat or drink.

My sister and her husband, deeply concerned for me, approached me with an offer to get me closer to family. I was doing very poorly and they were flying me to stay with them for several weeks every couple months, sending me home with meals and snacks as I was unable to prepare even a simple meal or make a coherent trip to the grocery store. They suggested that if I could put in half they would pay the other half for a house near them in southern California. I felt some hope for my future and approached Lori for what she thought would be the worst case scenario for a settlement. She said she would go to court if the cumulative offer was anything less than $200,000 and said she expected to do much better as these were career ending accidents. I asked Lori when would be an appropriate time to go look for houses and she said on my next trip to California I should be confident to begin looking. My mother and sister began to help me look for homes. Each time I found something that looked promising I would contact Lori only to be told the negotiations were taking longer than expected.

Eventually there was a deposition with an offer of about $70,000. I was concerned but Lori said it was for only 1/2 of one of the two car accident cases. We were only settling half the case as there was my insurance and the insurance of the at fault driver to consider. She assured me the big money would be in pursuing the company of the driver who had rear

2

ended me at the red light. When I asked to think about it Lori said they would withdraw the offer if I didn't sign before I left. When I asked for a day to think it through she became irate and said if I wanted her for an attorney I needed to do what she told me. I was so overwhelmed, so out of my depth and confused that I signed and trusted that she was a well regarded attorney and knew what she was doing. I reasoned that since she was getting 25% of the proceeds she would do as well as possible.

On the other case Lori met with me and her friend that was a judge who was mediating. Lori told me to take a $20,000 settlement. I was stunned and said I wanted to go to court like she had said we would. She pressured me and pressured me. I was curled up in the corner of her couch sobbing. She took my hands at one point and said that I just had to understand that I wasn't worth that much anymore. I will never forget those words. They sank deep into my soul. I put a blanket over my head. She wouldn't stop. She said I had to sign before they left or I wouldn't get anything on this half of the case. I was shaking and pleaded with her to let me leave. She said I had to sign before she could go on to the next phase of the case. I was shaking so hard I could hardly see or write. I just wanted to go home and I signed the settlement. Later I learned that she wanted to settle quickly as she was going on safari.

On both settlements Lori said I would receive both checks immediately. I told my sister I would be getting 75% and gave her the exact total. By that time the air conditioner in my trailer had broken so there were times it got over 100 degrees. My head injury didn't allow me to regulate my body temperature and I was dizzy and falling. Often I laid on the linoleum floor so at least when I passed out I wouldn't hit my head. During the winter I couldn't always afford to buy propane and the physical pain of removing the large tanks was often more than I could endure. My trailer was routinely below freezing and I survived with one heating pad. I couldn't lie directly on it as my elderly cat Thea needed it. I curled around her so she could live. I had no income, it never occurred to me to apply for food stamps so I had very little food. Once a friend told me to go to the food pantry and I was astonished. I said "no, that's for the poor people." She said, "Kali, you are the poor people"

I called and emailed Lori again and again asking for my portion of the money. She said the insurance company had never sent the checks and that she had never seen such bad luck to have two companies not honor the agreement. I told her then they violated the agreement and I wasn't happy anyway with the settlement and wanted to go to court. She told me she wouldn't tell me how to be a psychologist and I shouldn't tell her how to be a lawyer.

In 2017 I told Lori that Thea, who had been my therapy cat, was failing and I needed to take her to the specialist. She assured me that she had just lost her own dog and knew how painful it was. She told me she was calling the insurance companies every week and was also working on getting the liens settled so she could send it to me quickly. She said every week she spoke to a man at my old medical insurance company who for some reason thought they had paid for some of my accident injuries though I have a $100,000 PIP which should have more than covered everything. She told me his name and how he was working on reducing my lien. I begged her to please just send me a couple thousand dollars so I could take Thea to the vet. She just kept saying how sorry she was and how I had the worst luck. I kept feeling like she was lying but couldn't for the life of me figure out what she had to gain. Though Lori took money out of my settlement to settle liens she never paid the liens which are over $5000.

My sister and mother were terrified for me. After Lori told me I wasn't worth much I slid into a deep depression. It doesn't make sense but I felt like even God didn't feel I was worthy of my settlement money. On top of my head injuries, with the hopelessness, I could not sustain myself. My sister and husband said they would stretch and pay all but the $50,000 for a house for me near them. I was so embarrassed and declined but they insisted and flew me out once again to choose a house. I knew the money was supposed to arrive within the week of the signing and it had been months so I rallied and chose a house. For weeks my realtor held on, my family rallied their money and waited for my money which didn't come.

Months after I was again rear ended in 2015, which ironically was on the way to Lori's office, I said something to my car insurance claims adjuster about how Farmers had never even sent the money from my last accident. She assured me they had. I asked her to prove it. She initially said she couldn't, that I would have to ask Lori but when I read emails to her from Lori my adjuster became concerned and went to her supervisor. They released the cancelled check to me and I saw that Lori had forged my name. The money had indeed been paid within the week it was promised.

The first three attorneys I approached for help with Lori's behavior assured me that I must be confused, referencing my head injuries. This despite the fact by that time I had the check she had forged and deposited in her account. One of the attorneys took me to task, saying Lori was above reproach then broke confidentiality and called her though I had specifically asked each attorney I spoke to not to do so. After receiving that call Lori finally agreed to see me in person.

I went in and Lori told me all the same lies she had told me all year. I asked question after question then went to the bathroom. I had to face the fact that something was more horribly wrong than I could possibly imagine. I went back in and confronted her with the cancelled check. I asked for all my records. These did not contain our fee agreement. Nor did the records she sent my new attorney. Thea, who had worked as my co-therapist for years, faithfully comforting traumatized and sexually abused children was desperately ill. A friend told me about Care Credit and in a last ditch effort to save her I took out a large loan and took her to a specialist. It was too late. She died there, in my arms.

When I retained my new attorney it was with three goals, getting my money, reporting Lori Deveny and filing the case that she had not even filed on one of my accidents. The deadline was only months away at that point. I told my new attorney that while I was brain injured I wasn't stupid and that if Lori would do this to me she would do it to anyone. He said these things are usually just isolated cases. I didn't believe it for a second. I needed him to make her stop. He got me a portion of my money but didn't report Lori as I had stipulated. I don't know why he didn't report her but I do know he failed to file the second half of my lawsuit which Lori had lied about filing and I received nothing from it.

When a portion of my money belatedly reached me, my sister was unexpectedly pregnant and there were no funds for a home for me. I never got to California. I never even got out of my travel trailer until 2019. Lori did not just deprive me of my future close to the support of my family. I put my trust in her as a professional and as a person. I overrode my forebodings that she was lying and may never trust my instincts again. Since my head injuries my capacity to make decisions has been impaired. I know this but my ability to trust someone to help me make decisions is even more severely impaired due to Lori

4

Deveny. I used to be wise and strong and when Lori pressured me and got angry with me, threatening not to represent me if I didn't do as she said I am ashamed at how I yielded. People have asked what a fair consequence is for Lori. My new attorney assured me she will never be an attorney again but you don't have to be an attorney to destroy people. I stood for hundreds of victimized children in my career, listened to them, protected them, testified for them. I thought I was strong but Lori Deveny made me a victim. I guess you can quantify an amount of jail time for stealing money, forgery. lying etc but how do you quantify betraying someone's trust? How do you quantify having a broken brain and putting all your hope in the hands of someone who crushes your spirit?

Humbly submitted,

My victim Impact statement is as follows:

In January 2016 I was in a car accident and it totaled my car and caused me to have a back injury. I had never had a need for a lawyer before, so when Lori Deveny was highly recommended I felt comfortable with going through the process. I was told to not answer any questions and to refer all questions to her and she would take care of it. Time went by and I would call to check in on my claim and would be told things like "The insurance is holding it up, or the guy handling my claim was getting married and was on his honeymoon" or "she was sick" or her husband passed away (in which after that conversation she had already stolen my money). This continues to impact me as its still not resolved, she is still free and continues to have her court dates pushed back, I continue to hear about it and it continues to string along her victims. She needs to go to prison for a very long time and even at that she will still unfortunately have comforts of food, shelter and medical care. This needs to be settled and no more court extensions!

On December 19, 2017 Lori Deveny fraudulently signed the check made out to me and deposited it to her account. When I didn't get my payment I called her to ask why I hadn't received it she explained that the laws had changed for repayment to health insurance and she was renegotiating the settlement with the health insurance company and expected I wouldn't have to pay the insurance company so much. I continued to call she said she was working on it. When she quit answering her phone or returning my calls I Googled her name and saw there were allegations of fraud associated with her. I contacted Mr. Bowersox and he had no knowledge of this. When I received my reimbursement it came from the Client Security Fund from Wells Fargo Bank on December 14, 2018.

The left hip revision for this claim was done on March 6, 2013. The right hip revision was done on November 27, 2012 and settled under a different claim.

When I received the settlement for the right hip Mr. Bowersox had my check waiting for me at his office and I physically picked it up. When the check for the left hip came in I was not in Oregon. I gave Mr. Bowersox my address but for some unknown reason he sent it to Lori Deveny instead.

I knew Lori Deveny for several years. We met when she represented me in a Workers Comp case in 1996. For several years after I was invited to join her and several other former clients to do the Walk for the Cure. Every year I received a Christmas card with a personal note written inside. She made me feel like I could trust her. I felt betrayed and used. She had told me about her exotic vacations to Africa. I now know it was clients that were paying for them. I was taking money out of my 401k to pay for groceries and gas while she was out living a life I couldn't even dream of. I was the one who had to go through painful surgeries and she was partying on my money.

Your Honor,

On August 3, 2012, I was commuting via bicycle on 82nd street in NE Portland at around 1pm when I was struck by a car at the intersection of NE82nd and Failing St. The driver was an elderly man of about 80 I believe at the time. As I recall the driver was stopped at a stop sign on Failing St he then accelerated to merge into traffic without looking in my direction. He also didn't know he hit me. There was an off duty tow truck driver who witnessed the accident who then went and flagged the driver down and brought him back to the scene.

The impact of the auto threw me from my bicycle and I landed hard on my right hip and lower back area. I must have slid along the asphalt, because my rear end cheek was also scraped raw, even though I was wearing long cycling pants. I remember feeling a hot, burning, painful sensation in my right side, near my hip and lower back and wouldn't allow anyone to move me until paramedics arrived. I knew it wasn't good.

Let me just add some personal history and details, At the time of the accident, I was living with my adult daughter and two very young grandchildren. Her and I shared a small home together in NE Portland. I moved to Portland from Bend Oregon on April 16, 2011. My daughter and I were moving in together because she was seeking a divorce and I was trying to get sober. So the plan was to live together and help each other during this transitional time in our life.

On the day of the move from Bend to Portland I was driving over Government Camp Pass with my 2 dogs also some family members were ahead of me driving a loaded uhaul truck, while I drove separately in my van. I was drinking alcohol during the drive and was pulled over by OHP near the Boring Oregon exit on Hwy 26

I openly admitted to drinking and was then arrested for DUII....Long story short, I spent that night in Clackamas County jail and released the next morning April 17, 2011 and this has remained my sobriety date. (I am now 11 years sober.) However during this time period living in Portland, as a result of this DUII, my license was suspended for 2 yrs, I had court ordered alcohol awareness classes, a short jail sentence and 2 years supervised probation and of course hefty fines. The impact was significant, needed and effective.

Fast forward to the time of the accident in August 2012 I was about 18 months sober, a healthy woman 45 years of age I was commuting on bicycle from home to my job at PDX. to cleaning jobs, AA meetings, grocery shopping, court appearances and alcohol awareness classes etc. etc. all mostly on my bike. I would say I was an experienced city cyclist, by necessity, and observed traffic keenly to AVOID BEING HIT BY A CAR.

As a result of the impact of the accident I was now suffering from a lower back injury and a severe contusion on my right hip, and a good portion of my rear end cheek was mangled. The contusion healed, my rear cheek healed although it took several weeks due to the nature of the location.

My back was a different story... I couldn't stand, sit or lie down without being in pain. The pain would shoot down my right leg during the night and cause some sleeplessness as well. I did miss work but had to return sooner than I was able. I borrowed money

1

to replace my bike and I continued to commute on my bike, in spite of my injuries. My daughter and I depended on my income, she worked also but it took both incomes to make ends meet.

Shortly after the accident I was referred to Lori Deveny by a friend from my AA group. This person knew Lori and her now late husband Bob personally, and as I recall Ms. Deveny may have been working on a personal injury case for one of his family members.

I met Lori in person only one time at her office to sign a retainer and go over the details of my case. She gave me guidance as to how to handle the now incoming medical bills from the emergency room, paramedics and also I had begun to see a chiropractor weekly. Having all bills and expenses forwarded to her. She acted in a professional manner, she was kind, sympathetic and just took care of everything. She was reassuring and confident all would be taken care of. I put my trust in her. I have never been involved in any type insurance settlement so I had to just trust this was the right path.

I continued to go to the chiropractor however I was not getting pain relief from the adjustments. The chiropractor suggested I have an MRI on my lower back. I agreed.
I had the MRI and was the referred to Dr. Brett, a well known and prominent surgeon who looked at the results of the MRI and explained to me that surgery was an option based on where the injury had occurred. I didn't agree right away. Someone, and I can't remember who, maybe one of the ladies I worked with, suggested hot yoga as a healing option, this was appealing to me because by now it was November and a hot yoga room sounded pretty good to counterbalance the Portland rainy and cold bike riding I endured. So hot yoga came into my life. I was enjoying the warmth of the heated room and awkwardly trying to do the postures given the nature of my limitations with my back.
However, I was still having back pain so I made the decision to move forward on the surgery and Ms.Deveny was involved every step of the way. I was uncomfortable with the accumulating medical expense but Lori assured me it would all be paid by the insurance settlement so I trusted her professional guidance. I truly believed this was a divine gift.

My accident was in Aug 2012 and my back surgery took place in February 2013 everything happened very quickly looking back.

After the surgery my post op care was amazing. Dr. Brett and his team were amazing. I followed his postoperative instructions to the letter because I truly wanted my back to heal and be pain free. That is exactly what happened. I had a few follow up visits with Dr. Brett and was released from his care in May 2013 just a few short months.

I had no idea how long or how quickly a personal injury insurance claim would take to settle. I just completely trusted Lori and she assured me it would take time but it would get settled.

All the medical bills were going directly to her office, so I had no reason to believe otherwise.

My life by this time in 2013 had taken a turn, I no longer lived with my daughter, my sobriety was strong, my relationship with my partner was restored and I had moved back to Bend and then to Palm Springs California, to help run a business we had started together before I got sober.

Time went by with little or no contact with Lori Deveny. I wasn't being hounded for payment of medical bills so life went on. I assumed when she had news she would let me know.. Again trusting in her.

In 2015 I sent Ms. Deveny an email asking for an update. While I was not in need of money personally, my daughter was facing a child custody battle and I really wanted to help my daughter retain a good family law attorney. I sent an email to Lori Deveny with an emotional plea hoping there may be a settlement in the near future. She replied to my email with excuses of why it was taking so long but not to worry it would be soon. So I let it go not realizing she had already received a settlement of $215,000 in May of 2013

Three years later in 2018 a friend sent me an article from The Oregonian newspaper and it was about Ms. Lori Deveny and an investigation. I can't recall the exact verbiage of the article but I was in utter shock! I wasn't sure what to do or where to begin to find out if she had settled my case or if it was still on going.

I did some digging and I found some old paperwork with the name of the mortorist's insurance company and just started making phone calls and eventually I was able to speak with the actual claim adjuster for the insured. He informed me the claim was settled in May 2013 for the amount of $215,000. He emailed copies of all the documentation and the cancelled check. Seeing it all in black and white made it very real and surreal. I was in utter shock and disbelief but there it was my forged signatures on it all.

2

I was angry she didn't pay any medical bills, I was angry she lied when she knew full well she had already cashed that check when I was making a plea for money to help my daughter in 2015. The level of betrayal and dishonesty goes without saying and the criminality is evident.

I received from the state a box that contained all the files from Ms. Deveny's office for my settlement case. In there were copies of medical providers as well all her correspondence she had with them all. She kept impeccable records which was just weird for someone who had no intention of paying these bills.
I then began the overwhelming task of contacting those who were owed money, I sent them letters with the criminal case number as well as links to newspaper articles so they could do their own research. I didn't get any replies which I thought was odd, they must have already had knowledge of the allegations.

The court should know that in 2019 I applied for compensation from the state bar fund set up for situations such as this and I was awarded the maximum benefit of $50,000. I was then able to help my daughter with some of her financial debt. I have been very fortunate I didn't need or rely on that insurance settlement money and that my injury did not require ongoing medical care. I'm sure this is not the case for all the clients that trusted her.

Today I carry no anger towards Lori Deveny, I feel sad she chose this path and I truly hope she feels remorse for the impact of her egregious actions and will use her experience for the benefit of others wherever she may end up.

In closing I would just like to say I'm grateful she pleaded guilty and spared the victims additional emotional hardship of a courtroom trial.

I'm also grateful for the bicycle accident as it has led me to a dedicated daily hot yoga practice I may not have found otherwise. I live in paradise on the island of Kauai with a loving partner and an abundance of natural beauty as a free and sober woman.

Respectfully,